DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAWN HUERTA,**
Appellant,

v.

**LOCAL LISTINGS 411, INC. and CHRISTOPHER HARWOOD,**
Appellees.

No. 4D21-0436

[July 7, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case Nos. CACE 20-2332 and COCW 17-6904.

Scott M. Behren of Behren Law Firm, Weston, for appellant.

Robert P. Kelly of The Law Office of Robert P. Kelly, Hollywood, for appellees.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***